IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANNIE MARY NOBLES and BOBBY L. GRAY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) 2:08-cv-01974-JEO ) |
| G. PATTERSON KEAHEY, | ) ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION

In light of the Amended Complaint that the plaintiff, Bobby L. Gray, has filed in response to the Magistrate Judge's Report and Recommendation, the court finds that the findings in that report and recommendation are moot. While the court agrees with the Magistrate Judge's finding that the plaintiffs failed to state a cause of action pursuant to 42 U.S.C. § 1983, the plaintiffs have asserted sufficient bases for initiating a cause of action based upon diversity jurisdiction pursuant to 28 U.S.C. § 1332 in their amended complaint. An appropriate order will be entered.

**DONE**, this 8th day of January, 2009.

*Sharon Lovelace Blackburn*
_____
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE